CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 27 2007

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CALVIN PERRY,<br>　　Plaintiff, | )<br>) Civil Action No. 7:07-cv-00445<br>)|
| v. | ) **ORDER**<br>) |
| DUNCAN MILLS, <u>et al.</u>,<br>　　Defendants. | ) By: Hon. James C. Turk<br>) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's motion for certification of a class is **DENIED** and his motion to proceed <u>in forma pauperis</u> is **DENIED**. This action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g), and shall be stricken from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and to counsel of record for the Defendants, if known.

ENTER: This 27th day of September, 2007.

　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　Senior United States District Judge